| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| David Markevitch, 256163<br>Kaiser Gornick LLP<br>100 First Street<br>San Francisco, CA 94105<br>TELEPHONE NO.: (415) 857-7400<br>ATTORNEY FOR (Name): Plaintiff | |

United States District Court, Northern District of Illinois

State of IL

| PLAINTIFF/PETITIONER: William Price, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Auxilium Pharmaceuticals, Inc., et al. | 1:14-cv-10192 |
| PROOF OF SERVICE | Ref. No. or File No.:<br>Price - 020153 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Complaint and Jury Demand, Civil Cover Sheet, Summons in a Civil Case

3. a. Party served: CPEX PHARMACEUTICALS, INC.

    b. Person Served: Rose McGowan - WILMINGTON TRUST SP SERVICES - Person authorized to accept service of process
4. Address where the party was served: 1105 N. MARKET STREET, SUITE 1
    WILMINGTON, DE 19801
5. I served the party
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 4/15/2015    (2) at (time): 3:16 PM

6. Person who served papers
    a. Name: Daniel Newcomb
    b. Address: One Legal - 194-Marin
       504 Redwood Blvd #223
       Novato, CA 94947
    c. Telephone number: 415-491-0606

    d. The fee for service was: $ 169.95

8. I declare under penalty of perjury tthat the foregoing is true and correct.

Date: 4/20/2015

Daniel Newcomb
(NAME OF PERSON WHO SERVED PAPERS)    (SIGNATURE)

PROOF OF SERVICE

OL# 1775928

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>4/20/2015 |
| NAME OF SERVER (PRINT)<br>Daniel Newcomb | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served CPEX PHARMACEUTICALS, INC., by leaving a copy of Civil Cover Sheet, Summons in a Civil Case, Complaint and Jury Demand with Rose McGowan, WILMINGTON TRUST SP SERVICES, person authorized to accept service of process, at 1105 N. Market Street, Suite 1, Wilmington, DE 19801 on 4/15/2015 at 3:16 PM.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/20/2015
              Date

Signature of Server  One Legal LLC
                     3516 Silverside Rd., Suite 16
                     Wilmington, DE 19810
                     415-491-0606
                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.